No. 82–1175.   BERG v. WISCONSIN ET AL.   Appeal from Ct. App. Wis. dismissed for want of substantial federal question.

No. 82–1279.   JENSEN v. SATRAN, WARDEN, NORTH DAKOTA STATE PENITENTIARY, ET AL.   Appeal from C. A. 8th Cir. dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 82–1296.   STROOM v. CARTER.   Appeal from D. C. D. C. dismissed for want of jurisdiction.

No. 82–174.   H. S. CROCKER CO., INC. v. OSTROFE. C. A. 9th Cir.   Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Associated General Contractors of California, Inc.* v. *Carpenters,* 459 U. S. 519 (1983).

No. 82–178.   MITSUI & CO., LTD., ET AL. v. INDUSTRIAL INVESTMENT DEVELOPMENT CORP. ET AL.   C. A. 5th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Associated General Contractors of California, Inc.* v. *Carpenters,* 459 U. S. 519 (1983).

No. 82–999.   CHEMETRON CORP. v. BUSINESS FUNDS, INC., ET AL.   C. A. 5th Cir.   Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Herman & MacLean* v. *Huddleston,* 459 U. S. 375 (1983).

No. ——— – ———.   LOVELESS ET AL. v. EASTERN AIR LINES, INC., ET AL.   Motion of petitioners to direct the Clerk to file the petition for writ of certiorari out of time denied.